**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **DEDRIC POWELL,** | : | **CASE NO. 1:22-cv-00496-DRC** |
| **Plaintiff,** | : | **JUDGE DOUGLAS R. COLE** |
| **v.** | : | **MAGISTRATE JUDGE STEPHANIE K. BOWMAN** |
| **CBRE, Inc.**<br>**c/o C.T. Corporation System**<br>**4400 Easton Commons Way**<br>**Suite 125**<br>**Columbus OH 43219** | : | **PLAINTIFF'S NOTICE OF FRCP 30(b)(6) DEPOSITION OF DEFENDANT** |
| **Defendant.** | : | |

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, counsel for DEDRIC POWELL will take the deposition of the designated corporate representative(s) of Defendant, CBRE, Inc., on September 30, 2025, beginning at 10:00a.m., at the offices of Garvey, Shearer, Nordstrom, PSC, 11260 Chester Road, Suite 500, Cincinnati, Ohio 45242, and will continue from day-to-day until completed. By agreement of the parties, the deposition will be taken by Zoom.

This Zoom deposition will be hosted by, Veritext Reporting. This deposition will be taken by a stenographer by video by the court reporter using Zoom's function, which will be considered the official copy of the record and be admissible at trial. Counsel for the Plaintiff, Counsel for the Defendant, the deponent, and the court reporter will be remotely attending via Zoom video conference. By agreement of the parties, the deponent will be sworn in remotely.

The official video by the court reporter will lock or "spotlight" the screen of the deponent so that the video equipment will remain stationary at all time on the witness. However, if

documents are shared electronically, it will be side-by-side with the witness so that the witness can always be seen on the video.

Said deposition will be taken by stenographic means, is being taken for the purpose of discovery and/or use as evidence in the trial of the above-styled action, and for all other purposes permitted pursuant to law and continuing day to day until complete.

Defendant shall produce corporate representative(s) with the knowledge and ability to testify on behalf of Defendant regarding the topics described as follows:

1. Facts pertaining to the allegations in the Complaint.
2. Facts pertaining to all asserted defenses.
3. Defendant's Initial Disclosures.
4. Defendant's Interrogatory Answers.
5. Defendant's Document Production.
6. Plaintiff's Interrogatory Answers.
7. Plaintiff's Document Production.
8. Defendant's recruitment of Plaintiff in 2021.
9. Defendant's employment with Defendant in 2015/2016.
10. Defendant's W2 issued to Plaintiff in 2020.
11. Defendant's business records pertaining to Plaintiff.
12. Defendant's contracts and business relationship with Sterling Check Corp. and/or First Advantage Corporation.
13. Defendant's background check policies and procedures.
14. Defendant's rehire policies and procedures.
15. Defendant's decision to terminate Plaintiff's employment in 2021.

16. Defendant's decision to withdraw Plaintiff's employment offer in 2021.
17. Defendant's policies and procedures regarding for cause terminations.
18. Defendant's contracts with Plaintiff.
19. Defendant's signing incentive policies and procedures.
20. Defendant's decision to not pay Plaintiff the signing incentive.
21. Defendant's 2021 knowledge of Plaintiff's prior employment with Defendant.
22. Defendant's policies and procedures for checking whether a prospective employee is a former employee of Defendant.
23. Defendant's offer of employment to Plaintiff in 2021.
24. Conditions precedent to Plaintiff's entitlement to the signing incentive.
25. Plaintiff's compensation for his employment with Defendant in 2015/2016.

Respectfully submitted,

GARVEY | SHEARER | NORDSTROM, PSC

*/s/ David A. Shearer, Jr.*

David A. Shearer, Jr. (0070805)
Jason E. Abeln (0079835)
2388 Grandview Dr.
Ft. Mitchell, KY 41017
t: 859.308.1490
f: 866.675.3676
dshearer@gsn-law.com
jabeln@gsn-law.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties of record through the Court's CM/ECF system. Parties may access this filing through the Court's CM/ECF system.

*/s/ David A. Shearer, Jr.*
David A. Shearer, Jr.
Jason E. Abeln